DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518)786-9069
Attorneys for Creditor, TD Auto Finance LLC

**Order Filed on November 29, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

LEONARD J GODFREY AND KACY R
GODFREY AKA KACY R HILL,

Debtors.

Case No.: 16-29564-JNP

Hearing Date: December 6, 2016

Judge.: Jerrold N. Poslusny

Chapter: 13

**ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 29, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Creditor, TD Auto Finance LLC, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**one (1) 2012 Ford F-150 (V.I.N. 1FTFW1ET2CFC47233)**

It is further ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtors, any trustee and any other party who entered an appearance on the motion.

16-13362

United States Bankruptcy Court
District of New Jersey

In re:  
Leonard J Godfrey  
Kacy R Godfrey  
     Debtors

Case No. 16-29564-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 29, 2016  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2016.  
db/jdb        +Leonard J Godfrey,    Kacy R Godfrey,    4 Lewis Dr,    Bridgeton, NJ 08302-5929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2016 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
         Michael R. DuPont    on behalf of Creditor    Bridgeton Onized Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
         Terry Tucker    on behalf of Debtor Leonard J Godfrey terrytucker@comcast.net  
         Terry Tucker    on behalf of Joint Debtor Kacy R Godfrey terrytucker@comcast.net  
                                                                                                                   TOTAL: 6