**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Leonard J Godfrey | Social Security number or ITIN  xxx–xx–2528 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kacy R Godfrey | Social Security number or ITIN  xxx–xx–8627 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–29564–JNP | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Leonard J Godfrey

Kacy R Godfrey
aka Kacy R Hill

12/3/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Leonard J Godfrey  
Kacy R Godfrey  
    Debtors

Case No. 16-29564-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 03, 2021 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard J Godfrey, Kacy R Godfrey, 4 Lewis Dr, Bridgeton, NJ 08302-5929 |
| cr | + | Bridgeton Onized Federal Credit Union, McKenna, DuPont, Higgins & Stone, PC, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518605884 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 516444520 | + | GM Financial Lease, POB 100, Williamsville, NY 14231-0100 |
| 516444521 | + | GM Financial Leasing, POB 100, Williamsville, NY 14231-0100 |
| 516444529 | + | Quicken Loans, POB 6577, Carol Stream, IL 60197-6577 |
| 516444530 | + | SJ Gas, POB 6091, Bellmawr, NJ 08099-6091 |
| 516476023 | + | TD Auto Finance LLC, c/o Schiller, Knapp, Lefkowitz, & Hertzel, LLP, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 516477742 | + | TD Auto Finance LLC, Michael E. Blaine, Esq, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Dec 04 2021 01:33:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518605885 | + | EDI: PHINAMERI.COM | Dec 04 2021 01:33:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, Texas 76014-4101 |
| 516460729 | + | EDI: PHINAMERI.COM | Dec 04 2021 01:33:00 | ACAR Leasing Ltd dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516444516 | + | EDI: CITICORP.COM | Dec 04 2021 01:33:00 | Best Buy Credit Services, PO Box 78009, Phoenix, AZ 85062-8009 |
| 516464535 | | Email/Text: laura@redbanklaw.com | Dec 03 2021 20:35:00 | Bridgeton Onized Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 516444518 | + | EDI: CAPITALONE.COM | Dec 04 2021 01:33:00 | Capital One Bank (USA), PO Box 71083, Charlotte, NC 28272-1083 |
| 516578603 | | EDI: BL-BECKET.COM | Dec 04 2021 01:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516444519 | + | EDI: CITICORP.COM | | |

Case 16-29564-JNP    Doc 51    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 3180W | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| | | Dec 04 2021 01:33:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 516444522 | + EDI: HY11.COM | | |
| | | Dec 04 2021 01:33:00 | Hyundai Finance, POB 660891, Dalls, TX 75266-0891 |
| 516444523 | + EDI: HY11.COM | | |
| | | Dec 04 2021 01:33:00 | Hyundai Finance, POB 660891, Dallas, TX 75266-0891 |
| 516630414 | + EDI: HY11.COM | | |
| | | Dec 04 2021 01:33:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516444525 | + EDI: HY11.COM | | |
| | | Dec 04 2021 01:33:00 | Hyundai Motor Finance, POB 660891, Dallas, TX 75266-0891 |
| 516444526 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Dec 03 2021 20:36:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 516601078 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 03 2021 20:35:17 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516444527 | + EDI: RMSC.COM | | |
| | | Dec 04 2021 01:33:00 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 516601149 | + EDI: MID8.COM | | |
| | | Dec 04 2021 01:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516444528 | + EDI: RMSC.COM | | |
| | | Dec 04 2021 01:33:00 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 516634636 | EDI: PRA.COM | | |
| | | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 516635796 | EDI: PRA.COM | | |
| | | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |
| 516537951 | EDI: Q3G.COM | | |
| | | Dec 04 2021 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516531559 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Dec 03 2021 20:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516444531 | + EDI: RMSC.COM | | |
| | | Dec 04 2021 01:33:00 | Synchrony Bank, 170 Election Rd #125, Draper, Utah 84020-6425 |
| 516613155 | + EDI: RMSC.COM | | |
| | | Dec 04 2021 01:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516444532 | + EDI: LCITDAUTO | | |
| | | Dec 04 2021 01:33:00 | TD Auto Finance, POB 16035, Lewiston, ME 04243-9517 |
| 516475782 | + EDI: LCITDAUTO | | |
| | | Dec 04 2021 01:33:00 | TD Bank Auto Finance, LLC, PO Box 16041, Lewiston, ME 04243-9523 |
| 516444533 | + EDI: WFNNB.COM | | |
| | | Dec 04 2021 01:33:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 516444534 | + EDI: RMSC.COM | | |
| | | Dec 04 2021 01:33:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 517374277 | EDI: ECAST.COM | | |
| | | Dec 04 2021 01:33:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517374278 | EDI: ECAST.COM | | |
| | | Dec 04 2021 01:33:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516444524 | *+ | Hyundai Finance, POB 660891, Dallas , TX 75266-0891 |
| 516601186 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516661195 | *+ | TD Auto Finance LLC, Michael E Blaine, Esq, 30 Montgomery STreet, Suite 1205, Jersey City, NJ 07302-3835 |
| 516444517 | ##+ | Bridgeton Onized FCU, 2550 S Main Rd, Vineland, NJ 08360-7138 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Michael Blaine | on behalf of Creditor TD Auto Finance LLC mikeblaine@gmail.com  mblaine@winston.com;mpolster@winston.com |
| Michael R. DuPont | on behalf of Creditor Bridgeton Onized Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Leonard J Godfrey terrytucker@comcast.net |
| Terry Tucker | on behalf of Joint Debtor Kacy R Godfrey terrytucker@comcast.net |

TOTAL: 10